THE PEOPLE OF THE STATE OF NEW YORK ex rel. J. ROMAINE BROWN, Respondent, v. LAWSON PURDY et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants.

*People ex rel. Brown v. Purdy*, 186 App. Div. 54, affirmed.

(Argued April 9, 1919; decided April 29, 1919.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 10, 1919, which affirmed an order of Special Term reducing an assessment upon real property of relator for the purpose of taxation for the year 1915. The property assessed was part of the bed of a closed street. Relator contended that the land in the bed of said street is or may be subject to easements in favor of abutting owners on said street within the permanent block in which said land lies, as shown by the final maps of the city of New York, and not having been subjected to an assessment for benefit in connection with the extinguishment of such easements is now of nominal value and should be assessed for taxation accordingly.

*William P. Burr*, Corporation Counsel (*William H. King* and *Isaac Phillips* of counsel), for appellants.

*Harold Swain* for respondent.

Order affirmed, with costs, on opinion of SHEARN, J., below.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.